# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Lisa B. Blaustein,
Attorney at Law, Bar No. 7281

Case No. 2:24-ms-00027-APG

**ORDER OF SUSPENSION**

    Attorney Lisa V. Blaustein, State Bar No. 7281, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 25, 2024, the court ordered Ms. Blaustein to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1. The OSC provided Ms. Blaustein with 30 days to respond with reasons why she should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

    I THEREFORE ORDER that Lisa B. Blaustein, Bar No. 7281, is suspended from practice in United States District Court for the District of Nevada.

    DATED THIS 19th Day of  December  , 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 19 day of __Decenber__ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Lisa B. Blaustein
> 12240 Pro Tour Court
> Las Vegas, NV 89141
>
> Certified Mail No.: 7020 3160 0000 7420 2176

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada